**Velma V. BANKS, Plaintiff–Appellant,**

v.

**SAN–J INTERNATIONAL,**
**Defendant–Appellee.**

No. 01–1008.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 25, 2001.

Decided Oct. 15, 2001.

Velma V. Banks, pro se. William Carter Younger, James LeRoy Banks, Jr., McGuirewoods, L.L.P., Richmond, VA, for appellee.

Before MICHAEL, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

PER CURIAM.

Velma V. Banks appeals the district court's order granting summary judgment to the Defendant in her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Banks v. San–J Int'l,* No. CA–00–184–3 (E.D. Va. Nov. 29, 2000 & Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*